**CREO PRODUCTS, INC.,**
**Plaintiff–Appellant,**

v.

**DAINIPPON SCREEN MFG. CO., LTD., D.S. North America Holdings, Inc., and D.S. America, Inc., Defendants–Appellees.**

No. 01–1077.

United States Court of Appeals, Federal Circuit.

DECIDED: May 14, 2001.

Before LOURIE, BRYSON, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.